United States Bankruptcy Court
Southern District of New York

In re   S.L.B. Seaview Family Limited Partnership                             Case No. _____
                                        Debtor(s)                             Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Lauren Berger, declare under penalty of perjury that I am the President of S.L.B. Seaview Family Limited Partnership, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Lauren Berger, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Lauren Berger, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Lauren Berger, President of this Corporation is authorized and directed to employ Wayne M. Greenwald, attorney and the law firm of Wayne Greenwald, P.C. to represent the corporation in such bankruptcy case."

Date   December 17, 2015                    Signed   /s/ Lauren Berger
                                                     Lauren Berger

Resolution of Board of Directors
of
**S.L.B. Seaview Family Limited Partnership**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Lauren Berger, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Lauren Berger, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Lauren Berger, President** of this Corporation is authorized and directed to employ **Wayne M. Greenwald**, attorney and the law firm of **Wayne Greenwald, P.C.** to represent the corporation in such bankruptcy case.

Date  **December 17, 2015**                    Signed  _[signature]_

Date  **December 17, 2015**                    Signed  _____