# BRUCE J. DUKE
## A LIMITED LIABILITY COMPANY

ATTORNEY AND COUNSELOR AT LAW
30 FRENEAU AVENUE
SUITE 3C
MATAWAN, NJ 07747
TELEPHONE: (856) 701-0555
FACSIMILE: (856) 282-1079
WWW.BRUCEDUKEATTORNEY.COM
BRUCEDUKE@COMCAST.NET

SOUTH JERSEY OFFICE
4201 GRENWICH LANE
MOUNT LAUREL, NJ 08054

February 4, 2016

Via Electronic Mail scc.chambers@nysb.uscourts.gov
Hon. Shelley C. Chapman, U.S.B.J.
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    S.L.B. Seaview Family Limited Partnership, Case No. 15-13308 (SCC)

Dear Judge Chapman:

    This firm is counsel to Ms. Lauren Berger, the general partner of the above-referenced debtor, and write on behalf of Ms. Berger with reference to the Order to Show Cause filed by the current attorney for the debtor, Wayne Greenwald. As set forth below, the debtor does not object to the relief sought by Mr. Greenwald.

    As an initial matter, however, I wish to advise the court that I am not a member of the New York bar or admitted on a full-time basis to the Southern District of New York. However, I have been retained on a pro hac vice basis in several matters before this court, including the Lehman Brothers bankruptcy case. Moreover, the debtor just forwarded me today a copy of the order to show cause and supporting papers, although I cannot state with certainty when the documents were received by the debtor. Either way, the debtor does not oppose the request by Mr. Greenwald to be relieved as counsel, and in fact my client was quite unhappy with Mr. Greenwald's representation and almost certainly would have sought to replace him as counsel anyway. Additionally, I cannot state for certain that Ms. Berger would be available on such short notice to attend court tomorrow morning at 11:00 AM, as she is the primary caretaker for her 92-year-old husband who is in poor health. Nevertheless, we believed it was important to at least

**BRUCE J. DUKE**
A LIMITED LIABILITY COMPANY

Hon. Shelley C. Chapman, U.S.B.J.
February 4, 2016
Page 2

communicate with the court so that Your Honor did not believe that my client was ignoring the order to show cause or otherwise showing disrespect to this court.

    Finally, although we had been in initial discussions with another attorney, we do not believe that retention of this attorney is imminent. Accordingly, we are requesting at least two weeks to find replacement counsel for Mr. Greenwald. It is my intention to contact Your Honor's chambers first thing in the morning to follow up on this letter, and if Your Honor is amenable, I would certainly be willing to make the representations contained in this letter on the record tomorrow, with the caveat as stated previously that I am not currently admitted on this case.

    Thank you for Your Honor's consideration.

                                                       Respectfully,

                                                       Bruce J. Duke

BJD/klh

cc:    Wayne Greenwald, Esq. (Via electronic mail)
        Ms. Lauren Berger (Via electronic mail)